UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:22-CR-00008-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **MIGUEL MORALES-DURAN (01)** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After considering the official transcript (Rec. Doc. 34) and noting the defendant's waiver of any objections (Rec. Doc. 26), the Court finds the plea is correct under applicable law. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Miguel Morales-Duran, is ACCEPTED and is fully adjudged guilty of the offense charged in Count 1 of the Indictment, consistent with the report and recommendation. (Rec. Doc. 35).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that sentencing is set for June 23, 2022 at 1:30 p.m.

**THUS DONE AND SIGNED** in Chambers this 29th day of April, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**